The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT LINFORD STIRKINS,<br><br>    Defendant. | CR 05-00379 MJP<br><br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL MOTIONS DEADLINE |

## **O R D E R**

THIS MATTER COMES before the Court on the stipulation of the parties requesting an Order setting a new trial date. Having considered the stipulation of the parties and all of the files and records herein,

THE COURT FINDS AS FOLLOWS:

1.  Failure to grant a continuance in this case will deny defense counsel the reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence; and

2.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedier trial; and

[PROPOSED} ORDER CONTINUING TRIAL
No. CR 05-00379 MJP
Page 1 of 2

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

010707 00101 hk179902

3. The failure to grant a continuance in the proceeding will likely result in a miscarriage of justice; all within the meaning of 18 USC § 3161 (h) (8) (A), (B)(i) and (B)(iv).

THE COURT THEREFORE ORDERS THAT:

1. The trial shall be continued from December 27, 2005 to February 6, 2006.

2. The Court further orders that all pretrial motions shall be filed on or before January 13, 2006.

3. The period of time from the current trial date until the new trial date encompassed by the continuance shall be excluded from the computation of time under the Speedy Trial Act.

4. The defendant shall promptly file a speedy trial waiver encompassing the excluded time period.

DATED this 30th day of November, 2005.

/S/Marsha J. Pechman
Hon. Marsha J. Pechman
United States District Judge

[PROPOSED} ORDER CONTINUING TRIAL
No. CR 05-00379 MJP
Page 2 of 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

010707 00101 hk179902